# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BARENEISE DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 18-0388-WS-M |
| | ) |
| CITY OF MOBILE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Although the complaint was filed on September 6, 2018, the file fails to reflect service of process on any of the defendants. The plaintiff was ordered to show cause, on or before December 21, 2018, why this action as to each defendant should not be dismissed without prejudice pursuant to Rule 4(m). (Doc. 5). The plaintiff failed to respond. Accordingly, this action is **dismissed without prejudice** pursuant to Rule 4(m).

DONE and ORDERED this 3rd day of January, 2019.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE